UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MELISSA COYLE, | ) |
| Plaintiff, | ) ) ) |
| v. | )   No. 4:23-cv-00095-SEB-KMB |
| RESURGENT CAPITAL SERVICES, LP, | ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION TO DISMISS COMPLAINT

On September 19, 2023, the Court issued its Order to Show Cause, [dkt. 6], requiring the Plaintiff to show cause in writing by October 3, 2023, why the Complaint should not be dismissed without prejudice because of her failure to serve the Defendants within 90 days of filing, as provided in Fed. R. Civ. P. 4(m). The Plaintiff did not respond to the show cause order or request additional time to do so.

Because of the Plaintiff's failure to comply with the Court's orders and the Federal Rules of Civil Procedure, the Magistrate Judge recommends to the District Judge that this Complaint be **DISMISSED WITHOUT PREJUDICE**.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

**IT IS SO RECOMMENDED.**

Date: 10/26/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

David M. Barshay
Barshay, Rizzo & Lopez, PLLC
dbarshay@brlfirm.com