UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MELISSA COYLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-cv-00095-SEB-KMB ) |
| RESURGENT CAPITAL SERVICES, LP, | ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation to Dismiss Complaint with Prejudice [Dkt. 7]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This case is therefore hereby dismissed without prejudice and final judgment shall be entered accordingly.

Date: 11/13/2023

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David M. Barshay
Barshay, Rizzo & Lopez, PLLC
dbarshay@brlfirm.com